# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00149-CR

**Billy Joshua Brewer, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 368TH DISTRICT COURT OF WILLIAMSON COUNTY
### NO. 17-1557-K368, THE HONORABLE RICK J. KENNON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Billy Joshua Brewer seeks to appeal a judgment of conviction for aggravated assault on a family member with a deadly weapon. *See* Tex. Penal Code § 22.02(b)(1). The trial court has certified that (1) this is a plea-bargain case and Brewer has no right of appeal, and (2) Brewer has waived the right of appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Thomas J. Baker, Justice

Before Chief Justice Rose, Justices Baker and Triana

Dismissed for Want of Jurisdiction

Filed: September 4, 2020

Do Not Publish